UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:13-CV-318-TBR

BETHENY GREEN
RICHARD MICHAELS                                                                                       PLAINTIFFS

V.

WOODHAVEN COUNTRY CLUB, INC.                                                              DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

cc: Counsel